# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law



**MICHELLE A. BURG**
212.872.1039/fax: 212.872.1002
mburg@akingump.com

July 18, 2006

ORIGINAL FILED BY ECF
(courtesy copy sent via facsimile)

ASSIGNED DOCUMENT NUMBER __

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1210S
Brooklyn, New York 11201

    Re: *Dorfman, et al. v. United Parcel Service*
       CV-06-0703 (FB) (JMA)

Dear Judge Azrack:

This firm represents Defendant United Parcel Service, Inc. (New York) in the above-referenced matter.

Pursuant to the Court's Order of May 19, 2006, the initial conference in this matter is scheduled for July 20, 2006 at 1:00 p.m. Counsel for the parties have agreed to extend the time for Defendant to serve its response to the Complaint to October 15, 2006. Accordingly, counsel for the parties jointly respectfully request an adjournment of the July 20, 2006 conference, and respectfully suggest that no conference be scheduled until after October 15, 2006.

Thank you for your time and attention to this matter.

*Application Granted*
*Conf adjourned TO*
*Tuesday 10/24/06*
*at 1:15 pm*

Respectfully submitted,

Michelle A. Burg

cc: Adam T. Klein, Esq. (via facsimile)
     Jack Raisner, Esq. (via facsimile)

*MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT*

7-18-06