**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Cara E. Greene (CG 0722)
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JOSEPH DORFMAN, MARYANN BARONE,
CHRISTINE ABATE, SHERRI KURIMSKI,
STEVE GAZER, and RACHEL RIVERA,

individually, and on behalf of all others similarly situated
as class representatives,

                          Plaintiffs,

-against-                          06 CV 703 (FB)(JMA)

UNITED PARCEL SERVICE, INC.,

                            Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that by their attorneys the parties, Plaintiffs Joseph Dorfman, Maryann Barone, Christina Abate, Sherri Kurimski, Steve Gazer, and Rachel Rivera, on behalf of themselves and all others similarly-situated, and Defendant United Parcel Service, Inc., hereby stipulate to the dismissal of the above-captioned adversarial proceeding with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 10, 2009
New York, NY

By: _____
Jonathan L. Sulds
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 101666
(212) 801-9200
*Attorneys for Defendant*

By: _____
Jack A. Raisner
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
*Attorneys for Plaintiffs*

NY 239,600,191 v1